**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RONALD E. COHEN, MORBEN REALTY CO., INC., RONCO REALTY, And MATCO,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:15-cv-01837** |
| | § | |
| **SENECA INSURANCE COMPANY, INC., J.S. HELD, INC., HAAG ENGINEERING CO., and R. KEAN HAAG,** | § | |
| | § | |
| ***Defendants.*** | § | |

**DEFENDANTS HAAG ENGINEERING CO. AND R. KEAN JENNER'S**
**CERTIFICATE OF INTERESTED PERSONS**
**(This form also satisfies Fed. R. Civ. P. 7.1)**

Pursuant to Federal Rules of Civil Procedure 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and Local Rule 81.2, Defendants Haag Engineering Co. ("Haag") and R. Kean Jenner ("Jenner") provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

**Haag Engineering Co. — defendant**

All of Haag Engineering Co.'s outstanding stock is privately held by individuals.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. **Ronald E. Cohen (Plaintiff)**
   c/o Linda M. Dedman (Counsel)
   Scott G. Ball
   Dedman Law, PLLC
   10440 N. Central Expressway, Suite 1010
   Dallas, Texas 75231

2. **Morben Realty Co, Inc. (Plaintiff)**
   c/o Linda M. Dedman (Counsel)
   Scott G. Ball
   Dedman Law, PLLC
   10440 N. Central Expressway, Suite 1010
   Dallas, Texas 75231

3. **Ronco Realty (Plaintiff)**
   c/o Linda M. Dedman (Counsel)
   Scott G. Ball
   Dedman Law, PLLC
   10440 N. Central Expressway, Suite 1010
   Dallas, Texas 75231

4. **Matco (Plaintiff)**
   c/o Linda M. Dedman (Counsel)
   Scott G. Ball
   Dedman Law, PLLC
   10440 N. Central Expressway, Suite 1010
   Dallas, Texas 75231

5. **Seneca Insurance Company, Inc. (Defendant)**
   c/o James N. Isbell (Counsel)
   Cyrus W. Haralson
   Thompson, Coe, Cousins & Irons, L.L.P.
   One Riverway, Suite 1400
   Houston, Texas 77056-1988

6. **J.S. Held, Inc. (Defendant)**
   c/o William D. Cobb, Jr. (Counsel)
   Michael C. Smith
   Cobb Martinez Woodward PLLC
   1700 Pacific Avenue, Suite 3100
   Dallas, Texas 75201

7. **Haag Engineering Co. (Defendant)**
   c/o James L Sowder (Counsel)
   George "Chris" Gabriel
   Thompson Coe Cousins & Irons
   Plaza of the Americas
   700 N Pearl Street, 25th Floor
   Dallas, Texas 75201

8. **R. Kean Jenner (Defendant)**
   c/o James L Sowder (Counsel)
   George "Chris" Gabriel
   Thompson Coe Cousins & Irons
   Plaza of the Americas
   700 N Pearl Street, 25th Floor
   Dallas, Texas 75201

9. **Axis Insurance**
   1201 Walnut
   Kansas City, Missouri 64106

If new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James L. Sowder*

James L. Sowder
State Bar No. 18863900
jsowder@thompsoncoe.com
Chris Gabriel
State Bar No. 24074237
cgabriel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8267
Facsimile: (214) 871-8209
**Counsel For Defendants**
**Haag Engineering Co. and R. Kean Jenner**

**CERTIFICATE OF SERVICE**

This is to certify that on July 9, 2015, a true and correct copy of the foregoing document was duly served pursuant to the Federal Rules of Civil Procedure upon the counsel listed below:

Linda Dedman, Esq.
Scott Ball, Esq.
Dedman Law, PLLC
10440 N. Central Expressway, Suite 1010
Dallas, Texas 75231
**Counsel for Plaintiffs**

William D. Cobb, Jr., Esq.
Michael C. Smith, Esq.
Cobb Martinez Woodward PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
**Counsel for Defendant J.S. Held, Inc.**

James N. Isbell
Cyrus W. Haralson
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
**Counsel for Defendant**
**Seneca Insurance Company**

*/s/ James. L. Sowder*
James L. Sowder