IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD E. COHEN, MORBEN REALTY CO., INC., RONCO REALTY, and MATCO, Plaintiffs | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-01837 |
| SENECA INSURANCE COMPANY, INC., J.S. HELD, INC., HAAG ENGINEERING CO., And R. KEAN JENNER, Defendants. | § | |

---

DEFENDANT J.S. HELD, INC.'S
DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant J.S. Held, Inc., by and through its undersigned attorney, states as follows:

1. J.S. Held, Inc. has no parent corporation, and no publicly held corporation owns ten percent or more of J.S. Held, Inc. stock.

Pursuant to CV-LR 3.1(c) and 7.4, other persons or other legal entities that may be financially interested in the outcome of this matter are:

1. Ronald E. Cohen, Morben Realty Co., Inc., Ronco Realty and MATCO, Plaintiffs
2. Linda M. Dedman, Scott G. Ball, Dedman Law firm, PLLC, Counsel for Plaintiff
3. Seneca Insurance Company, Inc., Defendant
4. Haag Engineering, Co., Defendant
5. R. Kean Jenner, Defendant
6. J.S. Held, Inc., Defendant

Dated: July 9, 2015.

Respectfully submitted,

By: */s/ Michael C. Smith*
WILLIAM D. COBB, JR.
Texas Bar No. 04444150
email: wcobb@cobbmartinez.com
MICHAEL C. SMITH
Texas Bar No. 24013533
email: msmith@cobbmartinez.com
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214.220.5201 (direct)
214.220.5251 (direct fax)

ATTORNEYS FOR DEFENDANT
J.S. HELD, INC.

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who are ECF registrants in this case.

Linda M. Dedman
Scott G. Ball
Dedman Law, PLLC
10440 N. Central Expressway
Suite 1010
Dallas, Texas 75231
*Counsel for Plaintiffs*

James N. Isbell
Vasilia M. Wilkes
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, Tx 77056
*Counsel for Seneca Ins. Co.*

James L. Sowder
Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
*Counsel for Haag Engineering and R. Kean Jenner*

*/s/ Michael C. Smith*
MICHAEL C. SMITH