**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RONALD E. COHEN, MORBEN REALTY COMPANY, INC., RONCO REALTY, and MATCO<br>Plaintiffs, | §<br>§<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 3:15-cv-1837 |
| SENECA INSURANCE COMPANY, INC. J.S. HELD, INC., HAAG ENGINEERING CO., and R. KEAN JENNER<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

**DEFENDANTS' MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED ORIGINAL PETITION**

TO THE HONORABLE COURT:

Defendants Seneca Insurance Company, Inc., J.S. Held, Inc., Haag Engineering, Co., and R. Kean Jenner file this Motion to Reconsider the May 18, 2016 Order granting Plaintiffs' Motion for Leave to File Third Amended Original Petition [Doc. 21] under Rule 60(b) of the Federal Rules of Civil Procedure.

As set out in Defendants' Brief in Support of this Motion, Defendants request that the Court reconsider its May 18, 2016 Order Granting Plaintiffs leave, withdraw the Order, strike the Third Amended original Petition, and allow Defendants an opportunity to brief their opposition to Plaintiffs' Motion for Leave to Amend.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: */s/ James N. Isbell*
James N. Isbell
Attorney-in-Charge
Bar No. 10431900
jisbell@thompsoncoe.com
Cyrus W. Haralson
Bar No. 24065371
charalson@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

Lindsey Shine Lawrence
Of Counsel
Bar No. 24053681
llawrence@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT SENECA INSURANCE COMPANY, INC.**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: */s/ James L. Sowder (signed by permission)*
James L Sowder
Bar No. 18863900
jsowder@thompsoncoe.com
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEY FOR DEFENDANTS HAAG ENGINEERING CO. AND R. KEAN JENNER**

**COBB MARTINEZ WOODWARD PLLC**

By: _/s/ Michael C. Smith (signed by permission)_
William D. Cobb, Jr.
Bar No. 04444150
wcobb@cobbmartinez.com
Michael C. Smith
Bar No. 24013533
msmith@cobbmartinez.com
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
Telephone: (214) 220-5201
Facsimile: (214) 220-5251

**ATTORNEYS FOR DEFENDANT**
**J.S. HELD, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 20, 2016, the undersigned conferred with Shannon Loyd, attorney for Plaintiffs, and Plaintiffs are opposed to this Motion.

_/s/ Cyrus W. Haralson_
Cyrus W. Haralson

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2016, a true and correct copy of the foregoing document was duly served pursuant to Federal Rules of Civil Procedure upon the counsel listed below

Shannon E. Loyd
The Loyd Law Firm, P.L.L.C.
12703 Spectrum Drive, Suite 201
San Antonio, Texas 78249

Linda M. Dedman
Scott G. Ball
DEDMAN LAW, PLLC
10440 N. Central Expressway
Suite 1010
Dallas, Texas 75231

**ATTORNEYS FOR PLAINTIFFS**

*/s/ James N. Isbell*
JAMES N. ISBELL