**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RONALD E. COHEN, MORBEN REALTY CO., INC., RONCO REALTY, And MATCO,** *Plaintiffs,* | § | |
| **v.** | § | **CIVIL ACTION NO. 3:15-cv-01837** |
| **SENECA INSURANCE COMPANY, INC., J.S. HELD, INC., HAAG ENGINEERING CO., R. KEAN JENNER, RICHARD CHAKA, AND NICHOLAS CARLSON** *Defendants.* | § | |

**HAAG ENGINEERING CO.'S AND R. KEAN JENNER'S**
**12(b)(6) MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Haag Engineering Co. ("Haag Engineering") and R. Kean Jenner ("Jenner") file their Motion to Dismiss based on Plaintiffs' failure to state a claim upon which relief can be granted.

As stated out in Defendants' Brief in Support of this Motion, Defendants Haag Engineering and Jenner request that the claims asserted against them be dismissed for failure to state a claim upon which relief may be granted. In Plaintiffs' Third Amended Original Petition, the sole claim against Haag Engineering and Jenner is for violations of chapter 541 of the Texas Insurance Code. However, Haag Engineering is an engineering entity and Jenner is an engineer. Plaintiffs, therefore, have failed to allege Defendants' liability under Texas Insurance Code Chapter 541.

FOR THE REASONS stated in Defendants' Brief in Support of this Motion, Defendants Haag Engineering and Jenner request the Court grant this Motion to Dismiss under Rule 12(b)(6), as well as for any such further relief to which it is justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James L. Sowder*

James L. Sowder
State Bar No. 18863900
jsowder@thompsoncoe.com
Chris Gabriel
State Bar No. 24074237
cgabriel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8267
Facsimile: (214) 871-8209
**Counsel For Defendants**
**Haag Engineering Co. and R. Kean Jenner**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the following:.

Shannon E. Loyd
The Loyd Law Firm, P.L.L.C.
12703 Spectrum Drive, Suite 201
San Antonio, Texas 78249
**Counsel for Plaintiffs**

Linda Dedman, Esq.
Scott Ball, Esq.
Dedman Law, PLLC
10440 N. Central Expressway, Suite 1010
Dallas, Texas 75231
**Counsel for Plaintiffs**

James N. Isbell
Cyrus W. Haralson
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
**Counsel for Defendant**
**Seneca Insurance Company**

William D. Cobb, Jr., Esq.
Michael C. Smith, Esq.
Cobb Martinez Woodward PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
**Counsel for Defendant J.S. Held, Inc.**

*/s/ James L. Sowder*
James L. Sowder