IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD E. COHEN, MORBEN REALTY CO., INC., RONCO REALTY, and MATCO, Plaintiffs | § | |
| | § | CIVIL ACTION NO. 3:15-CV-01837 |
| VS. | § | |
| | § | |
| SENECA INSURANCE COMPANY, INC., J.S. HELD, INC., HAAG ENGINEERING CO., R. KEAN JENNER, RICHARD CHAKA, and NICHOLAS CARLSON, Defendants. | § | |

DEFENDANT J.S. HELD, INC.'S 12(b)(6)
MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED PETITION

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant J.S. Held, Inc. ("J.S. Held") files its Motion to Dismiss based on Plaintiffs' failure to state a claim upon which relief can be granted. J.S. Held further moves to dismiss Plaintiffs' misrepresentation-based claims under the Texas Insurance Code under Rule 9(b) for failure to state fraud with particularity.

As stated in its Brief in Support of this Motion, J.S. Held requests that the claims asserted against it be dismissed for failure to state a claim upon which relief may be granted. In Plaintiffs' Third Amended Original Petition, the sole claim against J.S. Held is for violations of Chapter 541 of the Texas Insurance Code. However, J.S. Held, Inc. is a consulting company. Numerous courts applying Texas law have held that contractors hired by insurance companies to perform inspections, testing or related services to assist an insurance carrier in adjusting a claim have no liability to policyholders under the Texas Insurance Code. Accordingly, Plaintiffs have failed to state a claim against J.S. Held under Texas Insurance Code Chapter 541.

Further, Plaintiffs' misrepresentation-based claims under Texas Insurance Code §§ 541.051, 541.060(a)(1), and 541.061 should be dismissed because those allegations fail to plead fraud with particularity and fail to demonstrate a reasonable basis of recovery against J.S. Held.

Therefore, in conjunction with J.S. Held's Brief in Support of this Motion, J.S. Held requests the Court grant this Motion to Dismiss under Rule 12(b)(6) as well as for any such further relief to which it is justly entitled.

Respectfully submitted,

By: *<u>/s/ Michael C. Smith</u>*

WILLIAM D. COBB, JR.
Texas Bar No. 04444150
MICHAEL C. SMITH
Texas Bar No. 24013533
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214.220.5201 (direct)
214.220.5251 (direct fax)
email: wcobb@cobbmartinez.com
email: msmith@cobbmartinez.com

ATTORNEYS FOR DEFENDANT J.S. HELD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who are ECF registrants in this case.

Shannon E. Loyd
The Loyd Law Firm, P.L.L.C.
12703 Spectrum Dr., Suite 201
San Antonio, TX 78249
*Counsel for Plaintiffs*

James N. Isbell
Cyrus Haralson
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, TX 77056
*Counsel for Seneca Ins. Co.*

Linda M. Dedman
Scott G. Ball
Dedman Law, PLLC
10440 N. Central Expressway
Suite 1010
Dallas, TX 75231
*Counsel for Plaintiffs*

James L. Sowder
Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
*Counsel for Haag Engineering and R. Kean Jenner*

*/s/ Michael C. Smith*
**MICHAEL C. SMITH**