**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RONALD E. COHEN, MORBEN REALTY COMPANY, INC., RONCO REALTY, and MATCO<br>Plaintiffs, | § | |
| v. | § | Civil Action No. 3:15-cv-1837 |
| SENECA INSURANCE COMPANY, INC. J.S. HELD, INC., HAAG ENGINEERING CO., R. KEAN JENNER, RICHARD CHAKA AND NICHOLAS CARLSON<br>Defendants. | § | |

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE AMENDED MOTION TO REMAND**

TO THE HONORABLE COURT:

Defendants Seneca Insurance Company, Inc. ("Seneca"), J.S. Held, Inc. ("J.S. Held"), Haag Engineering, Co. ("Haag"), and R. Kean Jenner ("Jenner) (collectively "Defendants") submit this Joint Response to Plaintiffs' Motion for Leave to File an Amended Motion to Remand and in support thereof would show as follows:

1. On May 18, 2016, Plaintiffs filed an Opposed Motion for Leave to File a Third Amended Original Petition. Defendants have filed a Motion to Reconsider the Order Granting Plaintiffs' Motion for Leave to File the Third Amended Original Petition, which is currently pending before this Court. Additionally, Haag, Jenner, and J.S. Held have filed Rule 12(b)(6) Motions to Dismiss the Third Amended Petition, which are also pending before this Court. Despite the pending Motion to Reconsider and Rule 12(b)(6) Motions to Dismiss, Plaintiffs now seek leave to amend their motion to remand to assert that the allegations in their amended petition defeat the diversity jurisdiction of this Court. Given the already overlapping and

conflicting motions and pleadings before the Court, Defendants urge the Court to deny Plaintiffs' Motion for Leave, as Defendants' Motion to Reconsider and Motions to Dismiss remain unresolved and may moot the grounds for the requested leave.

2. Moreover, Plaintiffs' amended petition should not impact the Court's remand analysis because it is limited to the pleadings "as they existed at the time of removal." *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir.2002); *Vinewood Capital, LLC v. Sheppard Mullin Richter & Hampton, LLP*, 2010 WL 1267237, at *3 (N.D. Tex. Apr. 2, 2010) (Lindsey, S.) ("The court must consider the pleadings as set forth in the Petition at the time of removal."); *see also McCarty v. Hillstone Rest. Group*, 3:15-CV-518-L, 2015 WL 4920013, at *2 (N.D. Tex. Aug. 18, 2015) (Lindsay, S.) ("A court may not look to postremoval filings or pleadings to determine the issue of improper joinder.") (citing *Griggs v. State Farm Lloyds*, 181 F.3d 694, 700 (5th Cir. 1999)). A complaint amended after removal to federal court cannot divest a federal court of jurisdiction. *Cavallini v. State Farm Mut. Auto Ins. Co*., 44 F.3d 256, 264 (5th Cir. 1995). Because Plaintiffs seek to assert that the allegations in their amended complaint divest this Court of diversity jurisdiction, the Court should deny as futile Plaintiffs' Motion for Leave to File an Amended Motion to Remand.

## III.
## PRAYER

4. In sum, the validity of Plaintiffs' amended complaint remains in question, and, in any event, does not impact the Court's analysis of Plaintiffs' Motion to Remand, which is limited to the pleadings as they existed at the time of removal. Therefore, the Court should deny as premature and futile Plaintiffs' Motion for Leave to File an Amended Motion to Remand. Defendants further pray for all other relief to which they may be entitled.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

Respectfully submitted,

By: *_/s/ James N. Isbell______________________*
James N. Isbell
Attorney-in-Charge
Bar No. 10431900
jisbell@thompsoncoe.com
Cyrus W. Haralson
Bar No. 24065371
charalson@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

Lindsey Shine Lawrence
Of Counsel
Bar No. 24053681
llawrence@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT SENECA INSURANCE COMPANY, INC.**

*/s/ James L. Sowder*_
James L Sowder
THOMPSON COE COUSINS & IRONS
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201

**ATTORNEY FOR DEFENDANTS HAAG ENGINEERING CO. AND R. KEAN JENNER**

**Signed with permission*

_*/s/ Michael C. Smith*__________
William D. Cobb, Jr.
Michael C. Smith
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100

Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT J.S. HELD, INC.**

**Signed with permission*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of June, 2016, a true and correct copy of the foregoing document was duly served pursuant to Federal Rules of Civil Procedure upon the counsel listed below

Shannon E. Loyd
THE LOYD LAW FIRM, P.L.L.C.
12703 Spectrum Drive, Suite 201
San Antonio, Texas 78249

Linda M. Dedman
Scott G. Ball
DEDMAN LAW, PLLC
10440 N. Central Expressway
Suite 1010
Dallas, Texas 75231

**ATTORNEYS FOR PLAINTIFFS**

James L Sowder
THOMPSON COE COUSINS & IRONS
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201

**ATTORNEY FOR DEFENDANTS
HAAG ENGINEERING CO. AND R. KEAN JENNER**

William D. Cobb, Jr.
Michael C. Smith
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT J.S. HELD, INC.**

*/s/ James N. Isbell*__________
JAMES N. ISBELL